**Kimberly Renee POOLE, Petitioner— Appellant,**

v.

**LEATH CORRECTIONAL INSTITUTION, Warden; Henry McMaster, Attorney General for the State of South Carolina, Respondents—Appellees.**

No. 07–6467.

United States Court of Appeals, Fourth Circuit.

Submitted: July 24, 2007.

Decided: July 31, 2007.

William Isaac Diggs, Chief Attorney, Diggs, Diggs & Axelrod, Myrtle Beach, South Carolina, for Appellant. Donald John Zelenka, Office of the Attorney General of South Carolina, Columbia, South Carolina, for Appellees.

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kimberly Renee Poole seeks to appeal the district court's order dismissing her 28 U.S.C. § 2254 (2000) petition. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R.App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5), or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Dir., Dep't of Corr.,* 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson,* 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on January 31, 2007. Poole's counsel filed the notice of appeal on March 27, 2007. Because Poole failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal

period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*